(133 So. 59)
### E. R., alias Emory, SPICER v. STATE.
### 4 Div. 539.

Supreme Court of Alabama.
March 19, 1931.

Marcus J. Fletcher, of Andalusia, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

GARDNER, J.

Petition of E. R. (alias Emory) Spicer for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Spicer v. State, 133 So. 58.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.